No. 2906. GARCÍA, APELANTE, v. RIVERA ET AL., APELADOS.—Corte de Distrito de Aguadilla. Resuelto en noviembre 23, 1922. Vista la moción del apelante, sobre desisti-

miento de apelación y la certificación que se acompaña se declara con lugar y se tiene por desistido.